No. 195. IDORA HILL MINING COMPANY, PLAINTIFF IN ERROR, *v.* HARRY OLSON ET AL. In error to the Supreme Court of the State of Idaho. Motion to dismiss submitted January 14, 1918. Decided January 21, 1918. Dismissed with costs and five per cent. damages for failure to print

the record.　*Mr. Burton L. French* for plaintiff in error. *Mr. John W. Keener* for defendants in error.